NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RICHARD M. ZELMA,

             Plaintiff,

v.

ALPHA GAS AND ELECTRIC LLC,
et al.,

             Defendants.

Civil Action No. 14-4330 (CCC-JBC)

**ORDER**

This matter comes before the Court on the motion of *pro se* Plaintiff Richard M. Zelma ("Plaintiff") to remand this matter to state court. (Docket Entry No. 6.) Defendants Alpha Gas and Electric LLC, Power Plus USA, LLC, and David Wanounou (collectively, "Defendants") opposed Plaintiff's motion. (Docket Entry No. 8.) On September 12, 2014, Magistrate Judge James B. Clark III issued a Report and Recommendation that Plaintiff's motion be denied. (Docket Entry No. 10.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

**IT IS** on this 10 day of October, 2014

**ORDERED** that this Court adopts Judge Clark's September 12, 2014 Report and Recommendation that Plaintiff's motion be denied.

**IT IS SO ORDERED.**

                                                  CLAIRE C. CECCHI, U.S.D.J.